

FILED

FEB 1 7 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By_____
DEPUTY CLERK



**United States District Court**

**Eastern District of California**

| | |
|---|---|
| Nimaga, Edirisa | Case Number: 1:26-cv-1281 |
| **Plaintiff(s)** | |

V.

| |
|---|
| Warden, California City Correction, et al. |

**Defendant(s)**

**APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER**

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Charles Toland Meredith, Esq._____hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Nimaga Edirisa (Petitioner)

On _____10/13/1997_____ (date), I was admitted to practice and presently in good standing in the

_____State of Nevada_____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

1:26-cv-799-Paz Aguiluz, Jafet Esau v. Christopher Chestnut, et. al.-2/2/2026-granted and

See attachment for additional applications

Date:_____02/15/2026_____          Signature of Applicant: /s/ Charles T. Meredith_____

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Charles Toland Meredith, Esq. |
| Law Firm Name: | Amervisa Immigration Law Offices |
| Address: | 5701 West Slauson Avenue |
| | Ste. 100 |
| City: | Culver City   State: NV   Zip: 90230 |
| Phone Number w/Area Code: | (310) 945-5998 |
| City and State of Residence: | El Monte, California |
| Primary E-mail Address: | charles.amervisa@gmail.com |
| Secondary E-mail Address: | mongo711711@gmail.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Nancy Juarez, Esq. |
| Law Firm Name: | Amervisa Immigration Law Office |
| Address: | 5701 W Slauson Ave. |
| | Ste. 100 |
| City: | Culver City   State: CA   Zip: 90230 |
| Phone Number w/Area Code: | (702) 703-9518   Bar # #356209 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 2/17/26

_____
JUDGE, U.S. DISTRICT COURT

**ADDITIONAL PRO HAC VISA APPLICATIONS:**

| NAME | CASE # | DATE | Outcome |
|---|---|---|---|
| Peralta Meijia  v. Warden Mesa Verde Detention, et. al. | 1:26-cv-1174 | 2/10/2026 | Granted |

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT
## OF THE STATE OF NEVADA

I, Elizabeth A. Brown, Clerk of the Supreme Court of the State of Nevada, do hereby certify that CHARLES MEREDITH (Bar No.6420) was on the 13TH day of OCTOBER,1997 duly admitted as an attorney and counselor at law to practice in all the courts of the State of Nevada; and that the Supreme Court of Nevada is the highest court in this state;

I FURTHER CERTIFY that CHARLES MEREDITH the said that in good standing; and that his name now appears on the Roll of Attorneys in this office.



IN TESTIMONY WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED THE OFFICIAL SEAL OF SAID SUREME COURT, AT MY OFFICE IN·CARSON CITY, NEVADA, THIS 29TH DAY OF JANUARY, 2026.

ELIZABETH A. BROWN, CLERK
SUPREME COURT
STATE OF NEVADA

Chief Deputy Clerk



**SUPREME COURT OF NEVADA**

OFFICE OF THE CLERK

ELIZABETH A. BROWN, CLERK

201 SOUTH CARSON STREET, SUITE 201

CARSON CITY, NEVADA   89701-4702

Telephone
(775) 684-1600

January 29, 2026

Charles Meredith
5701 W. Slauson Ave.
Ste. 100
Culver City, CA 90230

    Re:   Certificate of Good Standing

Dear Charles Meredith:

    Pursuant to your request, enclosed is a certificate of admission and good standing in the State Bar of Nevada.

Sincerely,

Rory Wunsch
Chief Deputy Clerk

EH
Enclosure

(NSPO Rev. 9-16)

(O) 1603